Probation Form No. 35

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF ARKANSAS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2008

JAMES W. McCORMACK, CLERK
By:_____
        DEP CLERK

UNITED STATES OF AMERICA

v.                                        Crim. No. 4:04CR000147-015 WRW

MONNICA ARTIS

      On December 13, 2005, the above-named individual was sentenced for the offense of possession with intent to distribute marijuana to a probation term of 36 months. In addition, the following special conditions were ordered: mandatory drug testing, substance abuse treatment, DNA, home detention with electronic monitoring for 9 months, 100 hours of community service and a $100 special penalty assessment.

Ms. Artis began her term of probation on December 13, 2005. Substance abuse treatment, DNA collection, community service hours, home detention and her special penalty assessment have been satisfied. Ms. Artis has maintained employment and a stable residence. She has not had any violations and has been compliant with all conditions imposed. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Her criminal history does include a crime of violence. She was arrested on June 2, 1993, for battery 3rd, however no other violent crimes have occurred since this date.

Ms. Artis meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. § 3564(c); additionally, she has completed 26 months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

Anthony J. Villegas
U.S. Probation Officer Assistant

Agree: _____
       Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 20th day of March 2008.

_____
Honorable William R. Wilson, Jr.
U.S. District Judge